**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOHN MORGAN, in his personal and representative capacity as trustee of the HELEN LEAF HANCOCK TRUST et. al.,

Plaintiffs,

v.

DOUG ITO, in his official capacity as the State Oil and Gas Supervisor et. al.,

Defendants.

Case No. 8:26−cv−00244−MRA−ADS

**ORDER GRANTING SECOND STIPULATION TO CONTINUE THE INITIAL SCHEDULING CONFERENCE [27]**

On August 13, 2026, the Parties filed a joint stipulation requesting the Court to continue the Initial Scheduling Conference set for August 18, 2026.

The Court, having considered the Parties' stipulation and finding good cause therefor, hereby GRANTS the stipulation and ORDERS as follows:

1. The Initial Scheduling Conference set for August 18, 2026, is continued to **November 10, 2026, at 11:00 a.m.**

IT IS SO ORDERED.

Dated: August 14, 2026

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE